

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex Parte Billy Max Collins

No. 06-15-00056-CR

Appeal from the County Court of Hopkins County, Texas (Tr. Ct. No. 5629-C). Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction.  Therefore, we dismiss the appeal.

We note that the appellant, Billy Max Collins, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED JULY 24, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk